IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE ESTATE OF JOHN R.H. THOURON, CHARLES H. NORRIS, EXECUTOR,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | CIVIL ACTION<br>NO. 11-4058 |

## **ORDER**

**AND NOW**, this 7th day of November 2012, it is **ORDERED** that:

1. Defendant United States of America's Motion for Summary Judgment (Doc. No. 20) is **GRANTED**.

2. The action is **DISMISSED WITH PREJUDICE** pursuant to Local Rule 41.1(b).

3. All pending motions are **DENIED AS MOOT**.

4. The Clerk of Court shall close the above-captioned matter for statistical purposes.

                                              BY THE COURT:


                                              /s/ Joel H. Slomsky
                                              JOEL H. SLOMSKY, J.